IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

DEBRA A. RUSSOM,

    Plaintiff,

                            **COURT FILE NO.: 08-105**

v.

BUREAU OF COLLECTION RECOVERY, INC.
and
BUREAU OF COLLECTION RECOVERY LLC

    Defendant.                                **JURY TRIAL DEMANDED**

## COMPLAINT AND JURY DEMAND

### JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

2. This action arises out of the Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

### VENUE

3. Venue is proper in this District because the acts and transactions occurred here, the Plaintiff resides here, and the Defendant transacts business here.

### PARTIES

4. Plaintiff, Debra Russmm, is a natural person who resides in the City of Caruthersville, County of Pemiscot, State of Missouri.

5. The Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6. Defendants Bureau of Collection Recovery Inc. and Bureau of Collection Recovery LLC, are foreign corporations no Missouri registered agent and an address of 7575 Corporate Way, Eden Prairie, MN  55344.

7. The Defendants each are a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

8. The principal purpose of the Defendants is the collection of debts using the mails and telephone, and the Defendant regularly attempts to collect debts alleged to be due another.

## **FACTUAL ALLEGATIONS**

9. The Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is a "debt" as that term is defined by 15 U.S.C. § 1692a(5), (hereinafter the "Account").

10. The Account allegedly was not paid and it went into default with the creditor.

11. Sometime thereafter, the alleged debt was assigned, placed or otherwise transferred to the Defendants for collection from the Plaintiff.

## **DEFENDANT**

12. In the year prior to the filing of the instant action, the Plaintiff received telephone calls from representatives, employees and/or agents of the Defendants who were attempting to collect the Account. These communications each individually constituted a "communication" as defined by FDCPA § 1692a(2).

13. During these communications, employees and/or agents of the Defendant attempting to collect the Account continued to contact Plaintiff after advised she

was represented by an attorney, contacted Plaintiff at work after she advised she was not allowed to receive collection calls at work and attempted to extract a collection fee not provided for in contract.

14. The foregoing acts and omissions were undertaken by the Defendants and their representatives, employees and / or agents as part of a campaign of abusive and unlawful collection tactics directed at the Plaintiff.

15. The Defendants and their representatives, employees and/or agents above listed statements and actions constitute harassment or abuse and therefore violate FDCPA 1692d preface and d(2).

16. The Defendants and their representatives, employees and/or agents above listed statements and actions constitute false or misleading representations and violate FDCPA 1692e preface, e(2)(A), e(3), e(4), e(5), e(7) and e(10).

17. The Defendants and their representatives, employees and/or agents above listed statements and actions involve unfair practices, false statements, humiliation in collecting a debt and therefore constitute unfair or unconscionable means to collect or attempt to collect a debt and violate FDCPA 1692f preface and f(6)(C).

18. The Defendants' actions as well as that of their representatives, employees and/or agents were attempts to frighten, harass and abuse the Plaintiff into paying his alleged debt.

19. The Defendants' actions as well as that of their representatives, employees and/or agents were willful, wanton and malicious violations of the FDCPA.

20. As a consequence of the Defendants' collection activities and communications, the Plaintiff has suffered economic loss, loss of self-esteem and peace of mind, and has suffered emotional distress, humiliation and embarrassment.

## RESPONDEAT SUPERIOR

21. The representatives and/or collectors at the Defendants were employees of and agents for the Defendants, were acting within the course and scope of their employment at the time of the incidents complained of herein and were under the direct supervision and control of the Defendants at all times mentioned herein.

22. The actions of the representatives and/or collectors at the Defendants are imputed to their employer, the Defendants.

23. As a direct and proximate result of the aforesaid actions, the Plaintiff has suffered the aforementioned damages.

## COUNT I, FDCPA VIOLATIONS

24. The previous paragraphs are incorporated into this Count as if set forth in full.

25. The acts and omissions of the Defendant and its representatives, employees and/or agents constitute numerous and multiple violations of the FDCPA, including but not limited to § 1692d preface, d(2), § 1692e preface, e(2)(A), e(3), e(4), e(5), e(7), e(10), § 1692f preface and f(6)(C).

26. The Defendant's violations are multiple, willful and intentional. Pursuant to FDCPA section 1692k the Plaintiff is entitled to actual damages, statutory damages up to $1,000.00, reasonable attorney's fees and costs.

### JURY TRIAL DEMAND

The Plaintiff is entitled to and hereby demands a trial by jury.  US Const. amend. 7., Fed. R. Civ. Pro. 38.

### DESIGNATION OF PLACE OF TRIAL

Plaintiff requests Cape Girardeau, Missouri as the place of trial.

### PRAYER

**WHEREFORE**, the Plaintiff prays that the Court grants the following:

1. Actual damages under 15 USC § 1692k(a)(1).

2. Statutory damages under 15 USC § 1692k(a)(2)(A).

3. Reasonable attorneys fees and costs pursuant to 15 USC § 1692k(a)(3).

4. Such other and further relief as the Court deems just and proper

Respectfully submitted,

/s/ J. Mark Meinhardt
J. Mark Meinhardt #528131
4707 College Blvd., Suite 100
Leawood, KS  66211
913-451-9797
Fax 913-451-6163

ATTORNEY FOR PLAINTIFF

Address of the Plaintiff:
1312 Collins
Caruthersville, MO  63830