# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| **DEBRA RUSSOM,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:08CV105 LMB |
| ) | |
| **BUREAU OF COLLECTION** ) | |
| **RECOVERY, INC. and** ) | |
| **BUREAU OF COLLECTION** ) | |
| **RECOVERY, LLC,** ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

On February 16, 2009, the parties filed a Stipulation of Dismissal With Prejudice, in which the parties stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action with prejudice, with each party to bear its own costs and attorney's fees. (Document Number 14).

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant cause of action be **dismissed with prejudice**, with each party to bear its own costs and attorney's fees.

Dated this 17th day of February, 2009.

_____
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE